BEFORE THE THIRD DIVISION, FEBRUARY 28, 1961

No. 65206.—Richter Bros., Inc. *v.* United States, protests 288038–K, etc. (New York).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of bread similar in all material respects to that the subject of *United States* v. *Nordic Baking & Importing Co., Inc.* (47 C.C.P.A. 78, C.A.D. 733), the claim of the plaintiff was sustained.